UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA     )
         )
v.     )    NO. 3:12-00177
         )    JUDGE CAMPBELL
JONATHAN BLAKE GHRIST     )

## ORDER

Pending before the Court is a Motion to Reschedule Sentencing Hearing (Docket No. 104) due to a scheduling conflict. The Motion is GRANTED.

The sentencing hearing currently scheduled for October 9, 2013, is RESCHEDULED for December 20, 2013, at 10:30 a.m.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE